UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:05cr00047 AS |
| ) | |
| MOHAMMED AREF (1), ) | |
| NARESH PATEL (2), ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM AND ORDER

This Court has before it filings for both of these defendants made on June 19, 2006 under which this case is to be transferred as to both defendants to the United States District Court for the District of New Jersey. Such transfer is now order under Rule 20 of the Federal Rules of Criminal Procedure. All parties have appropriately consented to such transfer. The jury trial scheduled for July 5, 2006 is VACATED.

IT IS SO ORDERED.

DATE: June 22, 2006              S/ ALLEN SHARP
                                 ALLEN SHARP, JUDGE
                                 UNITED STATES DISTRICT COURT